[ted] States District Courts
office of the Courts
[ge] C. Young U.S. Courthouse
W. Central Blvd. Suite 1200
[ando] Florida 32801-0120

2115 Martin Luther King Blvd.
Fort Myers FL. 33901
3rd Floor - 3H

UNI

Geor
401
Or



**UNCENSORED MAIL**
FROM
LEE COUNTY SHERIFF'S OFFICE
CORRECTIONS BUREAU
FT. MYERS, FLORIDA