UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NOEL CASTRO,

Plaintiff,

v. Case No. 2:25-cv-1186-SPC-KRH

DEPUTY SHERIFF JOHN A. LOWMAN,

Defendant.
_______________________________/

**ORDER**

This is a civil rights action filed under 42 U.S.C. § 1983. It was filed on December 10, 2025, by Plaintiff Noel Castro, *pro se*, who lists his address as the Lee County Jail in Fort Myers, Florida. (Doc. 1). On December 19, 2025, the Court entered its Standing Order that, among other things, required Plaintiff to promptly notify the Court, in writing, of any change to his mailing address and the effective date of the change. (Doc. 3 at 8). In May 2026, the Court sent a notice regarding the case to Plaintiff at his address on file, but it was returned, stamped that the addressee is "Not in Custody." (*See* Docs. 7 & 8). Since then, Plaintiff has not filed anything in the case or provided the Court with an updated address. It would be futile to mail an order to show cause why the case should not be dismissed because the order would be

returned to the Court. *See Mason v. Barr*, No. 2:19-CV-716-SPC-MRM, 2021 WL 9408877, at *1 (M.D. Fla. July 29, 2021). Accordingly, this case is due to be dismissed for want of prosecution. *See* Local Rule 3.10(a).

Accordingly, it is **ORDERED:**

1. This action **is DISMISSED WITHOUT PREJUDICE**, for want of prosecution.
2. The Clerk is **DIRECTED** to enter judgment, term any pending motions, and close the file.

**DONE AND ORDERED** in Fort Myers, Florida on October 21, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record